

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00658-CV

**IN THE INTEREST OF P.M.T.**, et al., Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02080
Honorable Richard Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED. Counsel's motion to withdraw is DENIED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under TEX. R. APP. P. 20.

SIGNED January 30, 2019.

_____
Irene Rios, Justice